## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 596 - 1 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Manuel Cazares Preciado | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant was taken into administrative custody beginning 7/15/08. Office of the U.S. Attorney was notified of his arrest on 7/28/08. Linda Amdur of the Federal Defender Program is appointed to represent the Defendant. Defendant informed of his rights. Government's oral motion for detention is granted. Defendant to remain in custody pending preliminary examination and detention hearing set for 8/1/08 at 10:00 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

3cc USM

U.S. DISTRICT COURT
CLERK
2008 JUL 29 PM 5:35
FILED-KCD