**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
United States v.
Manuel Cazares-Preciado

Case Number: 08 CR 596

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Manuel Cazares-Preciado

FILED
JUL 28 2008
JUL 28 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Linda Amdur |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Linda Amdur |
| FIRM | |
| STREET ADDRESS | 53 W. Jackson Blvd., Suite 1503 |
| CITY/STATE/ZIP | Chicago IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 15368 |
| TELEPHONE NUMBER | (312) 347-9999 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☑