# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 596 - 1 | DATE | 8/1/2008 |
| CASE TITLE | USA vs. Manuel Cazares Preciado | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Detention hearing held. Order defendant detained as a risk of flight and a danger to the community. Enter Detention Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 AUG -4 AM 9:46

FILED