FILED
AUG 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE CONLON

| | |
|---|---|
| UNITED STATES OF AMERICA | 08 CR 596 |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, |
| MANUEL CAZARES-PRECIADO | United States Code, Section 202(4) |

MAGISTRATE JUDGE COX

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about July 14, 2008, at Highland Park, in the Northern District of Illinois, Eastern Division,

MANUEL CAZARES-PRECIADO,

defendant herein, an alien who previously had been deported and removed from the United States on or about November 21, 2003, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY