FELONY



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
AUG 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF
NF

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐   YES ■   If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 596, US v MANUEL CAZARES-PRECIADO, COX

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ■   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): JUDGE CONLON

3) Is this a re-filing of a previously dismissed indictment or information?   NO ■   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): MAGISTRATE JUDGE COX

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ■   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ■   YES ☐

6) What level of offense is this indictment or information?   **FELONY** ■   **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ■   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ■   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud ......... (III) | ■ Immigration Laws ......... (IV) |
| ☐ Post Office Robbery ... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft .... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement .. (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.   8 U.S.C. §§ 1326(a), 1326(b)(2)

BARRY RAND ELDEN
Assistant United States Attorney