UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 1 2 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 596 |
| | ) | |
| MANUEL CAZARES-PRECIADO | ) | |

JUDGE CONLON
MAGISTRATE JUDGE COX

### GOVERNMENT'S DECLARATION REGARDING GRAND JURY SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____
BARRY RAND ELDEN
Assistant U.S. Attorney