## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judg | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08CR596-1 | **DATE** | 8/19/08 |
| **CASE TITLE** | USA vs. Manuel Cazares Preciado | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. The Rule 16.1(A) date of 8/22/08 and status hearing date of 8/25/08 at 9:00 a.m. given in open court were set by the District Court Judge in her order entered 8/15/08.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|