## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 596 | **DATE** | 8/15/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MANUEL CAZARES-PRECIADO | | |

**DOCKET ENTRY TEXT**

Arraignment set on August 19, 2008 is referred to the designated magistrate judge. The government shall comply with Local Rule 16 by August 22, 2008. Status hearing is set on August 25, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|