# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 596 - 1 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. MANUEL CAZARES-PRECIADO | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is present. Pretrial motions shall be filed by September 14, 2008. Pretrial conference is set on September 9, 2008 at 1:00 pm; any change of plea shall be submitted by September 9, 2008. Trial is set on October 20, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|