UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | No. 08 CR 596<br>Honorable Suzanne B. Conlon |
| MANUEL CAZARES-PRECIADO,<br>Defendant. | ) ) ) | |

### AGREED ORDER FOR EARLY RETURN OF SUBPOENAS

This matter coming to be heard upon Motion of Defendant Manuel Cazares-Preciado, by his attorney, Linda Amdur, and agreed to by AUSA Barry Elden, for early return of subpoenas, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

That early return of subpoenas pursuant to Rule 17 ( c ) of the Federal Rules of Criminal Procedure is permitted in this case.

ENTER:

_Suzanne B. Conlon_
JUDGE

_8/28/08_
Date